UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

    vs.                                         CASE NO: 8:15-CR-202-T-24TBM

**WAYNE WINFRED HAMM**

    **Defendant.**

## ORDER

This cause is before the Court on Defendant Wayne Winfred Hamm's Motion in Limine. (Dkt. 20). Defendant is requesting that the Court (1) limit the introduction of his prior felony convictions in light of the fact that he is willing to stipulate that he is a convicted felon, (2) limit the introduction of Defendant's prior drug convictions, and (3) limit the introduction of evidence that Defendant is a "drug dealer." The Government filed a response in opposition. (Dkt. 23). The motion is granted in part and denied in part.

The Government does not oppose Defendant's request that he be allowed to stipulate that he is a convicted felon. In addition, the Government does not oppose Defendant's request to prohibit the introduction of prior drug convictions given the age of the convictions. However, the Government does oppose Defendant's request that the Government be prohibited from introducing any evidence or making any argument that Defendant is a "drug dealer," arguing that the evidence is inextricably intertwined and if not inextricably intertwined, admissible under Federal Rule of Evidence 404(b).

Based on the Government's summary of the facts in the response in opposition, the Court

agrees with the Government that the evidence appears to be inextricably intertwined and admissible.  Defendant may object to the introduction of such evidence at trial; however, the Court will not agree pretrial that such evidence should be excluded.

Accordingly the Motion in Limine is granted in part and denied in part.  It is granted as to the introduction of Defendant's prior felony convictions and prior drug convictions.  It is denied as to argument or evidence that Defendant is a "drug dealer."

It is so Ordered at Tampa, Florida  this 23rd day of September, 2015

SUSAN C. BUCKLEW
United States District Judge